UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS DAVID MOEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTHA MOEN, et al.,<br><br>    Defendants. | Case No. 23-cv-00444-DMR<br><br>**ORDER TO SHOW CAUSE** |

    Defendants filed a motion to dismiss on June 27, 2023. Currently, the motion is set for a court hearing on August 10, 2023. Plaintiff Carlos Moen is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendants' motion by July 11, 2023. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

    <u>The court ORDERS Plaintiff to respond by August 10, 2023 and explain Plaintiff's failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit an opposition to the motion or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by August 10, 2023, Defendant's motion may be granted or the case may be dismissed for failure to prosecute. The August 10, 2023 hearing is VACATED and will be re-set by the court if necessary.

    **IT IS SO ORDERED.**

Dated: July 20, 2023

_____
Honorable Donna M. Ryu
Chief Magistrate Judge